UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STACEY REVETT-LISOSKI,

                Plaintiff,

- against -

CITY OF NEW YORK et al.,

                Defendants.
-----------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-cv-03761 (CBA) (RER)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 10 2014 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge:**

For the reasons stated on the record at oral argument held on January 6, 2014, this Court grants summary judgment on Revett-Lisoski's claims for gender discrimination and retaliation under 42 U.S.C. § 1983. Having dismissed plaintiff's federal claims, the Court declines pursuant to 28 U.S.C. § 1367(c)(3) to exercise supplemental jurisdiction over Revett-Lisoski's remaining state law claims.

The Clerk of Court is directed to terminate the pending motion, enter judgment, and remand this case to the Supreme Court of New York, Queens County.

SO ORDERED.

Dated: January 9, 2014
       Brooklyn, N.Y.

                              s/Carol Bagley Amon

                              Carol Bagley Amon
                              Chief United States District Judge

1